**Fred RECKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77545.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 9, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for appellee.

Before MOONEY, P.J. and SIMON and SULLIVAN, JJ.

## ORDER

PER CURIAM.

Fred Recker (Movant) appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).